No. 06-15-00109-CR

## IN The Sixth Court of Appeals
## Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/1/2015 4:04:03 PM
DEBBIE AUTREY
Clerk

BRIAN LYNN PUCKETT,

*Appellant,*

V.

THE STATE OF TEXAS,

*Appellee.*

*MOTION TO WITHDRAW PURSUANT TO* ANDERS v. CALIFORNIA, *386 U.S. 738 (1967)*

**TO THE HONORABLE SIXTH COURT OF APPEALS:**

NOW COMES JEFF T. JACKSON, counsel for Appellant Brian Lynn Puckett, and hereby moves to withdraw from representation of Appellant pursuant to *Anders v. California*, 386 U.S. 738 (1967). In support of this motion, counsel shows as follows:

**I.**

Counsel has thoroughly reviewed the record on appeal, and, for these reasons, is thoroughly familiar with the case.

1

## II.

Counsel has, in the exercise of his professional judgment, determined that the instant case presents no non-frivolous issues for appeal, and, in accordance with the Supreme Court's decision in *Anders v. California*, 386 U.S. 738 (1967), now so advises the court and requests permission to withdraw.  *Anders*, *id*. at 744.

## III.

In accordance with *Anders*, counsel has, contemporaneously with this motion, filed a brief outlining all issues which might arguably support an appeal and explaining why those issues are meritless. *Anders*, *Id*.

## IV.

Counsel has furnished the appellant with a copy of said brief, a copy of this motion, and a letter apprising Appellant of counsel's actions and Appellant's rights regarding these matters.

**V.**

Having determined that the instant appeal is wholly frivolous, and having complied with the briefing and notice requirements of *Anders v. California*, counsel now requests that he be allowed to withdraw, pursuant to *Anders*.

WHEREFORE, PREMISES CONSIDERED, it is prayed that the Court grant counsel's request and allow counsel to withdraw from this case, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Respectfully submitted,

**/s/ Jeff T. Jackson**

Jeff T. Jackson

SBOT No. 24069976

736-A Hwy 259 N.

Kilgore, TX 75662

Phone: 903-654-3362

Fax: 817-887-4333

*Attorney for Appellant,*

*Brian Lynn Puckett*

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on September 2nd, 2015, a copy of this motion was mailed via first class U.S. mail, postage prepaid, to the following:

Van Colson Brown
Gregg County District Attorney
SBOT No. 03205900
101 E. Methvin, Ste. 333
Longview, TX 75601

BRIAN LYNN PUCKETT
TDCJ No. 02001172
Bradshaw State Jail
P.O. Box 9000
Henderson, TX 75653

**/s/ Jeff T. Jackson**
Jeff T. Jackson